UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

ANGEL CORDERO,

                       Plaintiff,

  -against-                                                    9:04-CV-1360
                                                                   (LEK/RFT)

GLENN S. GOORD, Commissioner,
Dep't of Corr. Servs.; S. CONNELL,
Acting Superintendent, Oneida Corr. Facility;
LANE, Captain, Oneida Corr. Facility;
WALTER BEVERLY, Sergeant, Oneida
Corr. Facility; EDWARD LORENZONI,
Corr. Officer, Oneida Corr. Facility;
RICHARD CRAMER, Corr. Officer, Oneida
Corr. Facility; DOUGLAS BURKE,
Corr. Officer, Oneida Corr. Facility;
DEBORAH TREXLER,
Registered Nurse, Oneida Corr. Facility.

                       Defendants.

**<u>DECISION AND ORDER</u>**

      This matter comes before the Court following a Report-Recommendation filed on January 26, 2006, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 9).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1. In the interval of at least fifteen days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised. Furthermore, after examining the

record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.[1]

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 9) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the case is **DISMISSED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   October 11, 2006
         Albany, New York

_[signature]_
Lawrence E. Kahn
U.S. District Judge

---

[1] The Court notes an error, which does not materially impact the content of the Report-Recommendation. The Report-Recommendation cites N.D.N.Y.L.R. 41(a) and (b), while the correct cites should be to N.D.N.Y.L.R. 41.2(a) and (b), respectively. Report-Rec. (Dkt. No. 9) at 2.